UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Taylor, ) | C/A No. 9:11-2737-JFA-BM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Warden Michael McCall; Grievance ) | |
| Coordinator; Ms. Snyder, Disciplinary Hearing ) | |
| Officer; and R.L. Turner, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, William Taylor, brings this action pursuant to 42 U.S.C. § 1983 contending that his procedural due process rights were violated in relation to a prison disciplinary hearing. Although his conviction and sanctions were lifted, the plaintiff seeks damages from the defendants.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the defendants' motion for summary judgment should be granted.[2] The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

[2] An order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment. Plaintiff responded to the motion.

The parties were notified of their right to file objections to the Report and Recommendation which was issued and mailed on August 21, 2012. However, neither party filed objections to the Report and the time within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, the defendants' motion for summary judgment (ECF No. 39) is granted and this action is dismissed with prejudice.

IT IS SO ORDERED.

September 18, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge